U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 1 9 2017

TONY R. MOORE, CLERK
BY: _____
    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| KENTON D. GREEN<br>D.O.C. # 328983 | * | CIVIL ACTION NO. 2:15-CV-1974 |
| v. | * | JUDGE DRELL |
| CALCASIEU SHERIFF'S PRISON ET AL | * | MAGISTRATE JUDGE KAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 26) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and determining that the findings are correct under applicable law,

**IT IS ORDERED** that Green's civil rights complaint is **DENIED** and **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of Federal Rule of Civil Procedure 41(b).

Alexandria, Louisiana, this 18 day of September, 2017.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1